IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| NANCY GRACE MAYER | ) | CASE NO. 4-08-09766-EWH |
| | ) | |
| Debtor(s). | ) | **AMENDED PETITION TO PAY** |
| | ) | **DIVIDEND IN THE AMOUNT LESS** |
| | ) | **THAN $5.00 TO THE CLERK OF** |
| | ) | **THE U. S. BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 2 | Radiology LTD. PLC<br>PO Box 12249<br>Tucson AZ 85732 | $91.22 | $0.73 |
| 3 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $467.29 | $3.72 |

Dated: April 21, 2010  /s/ SJK  
Stanley J. Kartchner, Trustee